Exhibit A to the Complaint

**Location:** Charlotte, NC  
**Total Works Infringed:** 177

**IP Address:** 172.72.216.8  
**ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 3B0BC61F36C7F6FC5309FB1E67BA4C58A1DAF342<br>File Hash:<br>AFD40A6E8431BF71ABAEB966E0C9D2E608D9FDC6D3765174CE90A1312C63E686 | 05-11-2023 19:01:29 | Tushy | 04-02-2023 | 04-07-2023 | PA0002405755 |
| 2 | Info Hash: BB99D8516F04910F451D18008CCEC6F3CD62B98C<br>File Hash:<br>D9C2EADED3AC48870AEA51285CDEBB6AAA0F0248CAB422102E1BE4CF45DCD60F | 04-28-2023 20:18:23 | Tushy | 03-26-2023 | 04-07-2023 | PA0002405762 |
| 3 | Info Hash: ED8FFF68BC66458476475739AB007AE9A3F59C12<br>File Hash:<br>2DC1DB015B8429D183B878C11D1B5059ADE95046230CD35FEC5C3427070CB2D8 | 04-28-2023 20:18:20 | Tushy | 04-09-2023 | 05-15-2023 | PA0002411263 |
| 4 | Info Hash: D0A96D8E20B0845DFE87513A58AEA8D433FD1497<br>File Hash:<br>4DB80E9F098D29BD50BD7395D48047B5FC6EA87F3E7FD832A29BC8C2D03BFE44 | 04-28-2023 20:18:17 | Tushy | 02-26-2023 | 03-06-2023 | PA0002399996 |
| 5 | Info Hash: 113D99C51F6BB5BB2F8FD672CBB37D607E81A11A<br>File Hash:<br>BCAA2E49DFDC0FE9A94FCEE8E4AAD6647AE3719BE5C25548462CF3FF16C12C87 | 04-06-2023 18:12:51 | Blacked Raw | 02-01-2018 | 02-20-2018 | PA0002104206 |
| 6 | Info Hash: 4F08762EE0B932EA896D5FC7A2FE66E744558451<br>File Hash:<br>A8BBC47EC36DF172619DC27D7AA8AB57B819A51676B9014182F662FE54B0D04B | 04-01-2023 10:12:01 | Blacked | 03-21-2020 | 04-15-2020 | PA0002246170 |
| 7 | Info Hash: 6E4F043E7A0D035258E2AFC14A251E5C2B5EAF09<br>File Hash:<br>FDB70058503339BA12C5B75B1AE480E5C7F475260D488853824DA477A708A596 | 03-20-2023 14:57:24 | Tushy | 03-12-2023 | 04-07-2023 | PA0002405752 |
| 8 | Info Hash: C4E0917829BCF42FE03B61B9D02DD127498CF681<br>File Hash:<br>2BBACA9DBAF5CD385AF8E2CF7A0035EA50430E19CB1554E927F0D43ED4D97D2A | 02-17-2023 23:14:46 | Tushy | 02-12-2023 | 03-07-2023 | PA0002400309 |
| 9 | Info Hash: CCC7C0E60856B109B883444FCAAD4FC4993266CC<br>File Hash:<br>78E186813C480E7A24A9622F7B56E239A5AE87DBAD9A7FBB8FB03687210E928C | 01-31-2023 15:25:20 | Blacked Raw | 01-02-2018 | 01-26-2018 | PA0002101761 |
| 10 | Info Hash: BD1E5F925D315641D9EA113E75F1F0BBFD8D74F4<br>File Hash:<br>6BF8FFC9C9CACF56E9504FFAAF703C296EC20939E9360D51F564352CAD6E96EF | 01-29-2023 16:55:43 | Tushy | 12-13-2020 | 12-28-2020 | PA0002269085 |
| 11 | Info Hash: FD88F64420EF4EB6896D1BD7821907A1370D8821<br>File Hash:<br>AB610C6F4D715C4505D2AF58E5561E8D5A769D212D28A713546F56E2BDBF3AB1 | 01-29-2023 16:38:58 | Tushy | 01-15-2023 | 01-27-2023 | PA0002393083 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: C3F27A3008FF68372566EA1E7A1807C66ABA1BE5<br>File Hash: 229D184D9AC031119196F76B88B86467A6402F5E0F0094C74502F706267D0AD0 | 01-29-2023 16:31:14 | Tushy | 01-22-2023 | 01-27-2023 | PA0002393076 |
| 13 | Info Hash: 5AA904B8B0904E22418872FDCFD71F0714B65E66<br>File Hash: 0B9DC140D335825586A8E7992BC74365C7BD052C1A5E9894F86495EB0D125957 | 01-29-2023 16:31:09 | Tushy | 01-08-2023 | 01-27-2023 | PA0002393072 |
| 14 | Info Hash: 933CF7BA44BD67D3C6670C2379984B2481DB0C96<br>File Hash: A5A09B50E27342D3068233ED2F99A8F3A689E24051C9CDCEADE309A13EA32877 | 01-17-2023 02:06:21 | Tushy | 01-01-2020 | 01-27-2020 | PA0002223953 |
| 15 | Info Hash: 97F1EEE99634C82EA4A5F5960FDF31EC62B8EF4D<br>File Hash: E7CB40057C51F0D91CA7883AD637F9AEB2CFBFA929F6266D0542DDC9B32D3B66 | 01-17-2023 02:05:56 | Vixen | 04-14-2019 | 05-28-2019 | PA0002200761 |
| 16 | Info Hash: D8A40641EC29D7EECDEE7C5D1BA070FB73EBFB7F<br>File Hash: F552FEA90FE6523F0BDCB4097935C58BDAE9FAB620412F187CE06DCD5CF46248 | 01-17-2023 02:05:31 | Vixen | 05-27-2022 | 06-27-2022 | PA0002355035 |
| 17 | Info Hash: EBC86C8EC9799075996F99389AAD01FA5EB87E0F<br>File Hash: 4ADE2DED64FF848AB2F050D3DD7184CCB75FCF96367D1FA53CFAF402C2ED9F90 | 01-16-2023 22:59:14 | Vixen | 09-09-2022 | 10-05-2022 | PA0002373766 |
| 18 | Info Hash: 3411DEE1C514902AABAC8E58AEA5E1A3FC2DC7CC<br>File Hash: 6D454CCBA8671AE940EEE3DAF2EBD878823DF72CCEECBE4AE537D6317A62FFE8 | 01-16-2023 19:54:24 | Tushy | 10-23-2022 | 10-31-2022 | PA0002377815 |
| 19 | Info Hash: 4A8A2A92575B2A0EF22A90394BA634B92D235323<br>File Hash: 7F93FBED1AC0D6ED9B9F73082E5EEFDF35CEC541A5666B4284ACC99DCC1414BC | 01-16-2023 19:51:54 | Tushy | 11-28-2021 | 02-14-2022 | PA0002335497 |
| 20 | Info Hash: 6D9EFBECE1CDC08A18AE443CCF6EF027FFCA73B8<br>File Hash: 17167481CAFDAF47B740ABA98EF7F43DB2EED8D52F5EB88E4EDA4B3DA1460DE1 | 01-16-2023 19:51:50 | Tushy | 06-05-2018 | 07-14-2018 | PA0002128384 |
| 21 | Info Hash: 088988BDF76C3930CAB863E1D050CD13C26A4FBB<br>File Hash: 9F08E9AE82B6B5D7AAE2BF0F134C3746B9817B5AACA203998F7B6E5D50EB85B2 | 01-16-2023 19:51:49 | Tushy | 11-22-2020 | 11-30-2020 | PA0002266355 |
| 22 | Info Hash: 7325212FAFE121F695B19CEE2F80B27BCA7542A2<br>File Hash: C6928C2D06B041AE0F29EEF448512047A372AE3444CD43E3F168BFF42B64C2FA | 01-16-2023 19:51:44 | Tushy | 02-20-2022 | 03-29-2022 | PA0002342839 |
| 23 | Info Hash: 2C027A4CBD7FA3B28D35E3DED14F481FB6D7CDC4<br>File Hash: D83E377A473ACF2A30B61CF52822E963C75EBA78D2C26B5C03C8F687D56266F0 | 01-16-2023 19:51:43 | Tushy | 04-21-2019 | 06-03-2019 | PA0002178776 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 78431C54335B6246E79C3174ED0784E319D9014C<br>File Hash:<br>77E0A526F18EAC732E448E6D908BEF2C2D8D8E110722AA26370501CA81CFFD33 | 01-04-2023 02:56:27 | Tushy | 06-05-2017 | 07-07-2017 | PA0002074097 |
| 25 | Info Hash: 842EC0893D984EB43879827B48441B41DC2BCA31<br>File Hash:<br>4B9401A5310AE4BD271F722EEEC1BB192E7DAEC6162660F1239B355C23667AEB | 01-04-2023 02:56:12 | Tushy | 10-30-2022 | 01-06-2023 | PA0002394017 |
| 26 | Info Hash: 8FB6573A3C1080BC359C67D2F68274430D852047<br>File Hash:<br>57EAF8D6E5C0CA8B5211299090578CBAD7A3B74F6E3EF35BE108DA5E5FE99F9E | 01-04-2023 02:55:29 | Tushy | 09-03-2017 | 09-15-2017 | PA0002052851 |
| 27 | Info Hash: D270216F5AC599EFC005D4F6FE87398894D80CC4<br>File Hash:<br>F09DB554DA8595B22960D5029A957F6FF667135C1CFB3EE7AE506F4962BB6695 | 01-04-2023 02:54:58 | Tushy | 07-10-2017 | 08-18-2017 | PA0002077678 |
| 28 | Info Hash: 49E427A2A1CEA56F03D5441E7878C7E648AA4101<br>File Hash:<br>D672F614C0A47F450E5CECA77DEAC837B59ABF9394A8A287A6E8D972D66D6870 | 01-04-2023 02:54:50 | Tushy | 01-26-2018 | 02-20-2018 | PA0002104196 |
| 29 | Info Hash: 0AAAD703C0145407DEDA98FC3135D55A79A313F8<br>File Hash:<br>AEE58FD51D372653A834AA093A08F06F51C800282A8A1284D35FF25E356EE8B4 | 01-04-2023 02:54:39 | Tushy | 08-14-2017 | 08-17-2017 | PA0002048391 |
| 30 | Info Hash: 46C50740A6BA2785803FB1AF50BF9469D1B6B255<br>File Hash:<br>189B3BBF0FEC2096BE3B0320ABBC068AEDFDBB9067DE1FA3005EEACB874823A4 | 01-04-2023 02:53:13 | Tushy | 01-01-2023 | 01-10-2023 | PA0002389579 |
| 31 | Info Hash: 0A3EE74938BB34CFC965261976DE58936E0B586F<br>File Hash:<br>1B8EE9CBAC34DD3D01948639A8F61ECF96F7591A5A0762194D45A8BC3E942EDF | 01-04-2023 02:52:34 | Tushy | 12-25-2022 | 01-10-2023 | PA0002389583 |
| 32 | Info Hash: 237AE108B583A411BC5EEF056CA502AB76C6A856<br>File Hash:<br>F04970B11F20EAA05C7F8290A9F775DAFB3E701637549D2001C2F7D6C337AB15 | 01-04-2023 02:52:30 | Tushy | 12-18-2022 | 01-10-2023 | PA0002389612 |
| 33 | Info Hash: 36A84DD848E3B6A03F76FF52CF679F4C16E692B4<br>File Hash:<br>38AC10AEC620174DC89D3DD98123B62239D16F1A48829A5093ED16A3F88C60FA | 12-26-2022 22:20:01 | Blacked | 02-24-2019 | 03-31-2019 | PA0002163974 |
| 34 | Info Hash: 1CE116675AFDB1D7DD60D95C9D34B143E0C2E914<br>File Hash:<br>2F320CE4D293EABC10DC4970C155E4C0B520BA7CFAC97BA8C8F7A65F11AE88F2 | 12-26-2022 22:20:00 | Blacked Raw | 09-19-2019 | 09-25-2019 | PA0002203162 |
| 35 | Info Hash: 45A754641A1D1E9E5F37A57FE2E8D619337AB66C<br>File Hash:<br>763983F728A4378C1C680B4EC47957732C119A2CBFA395DCDE32F079D17CF3D5 | 12-24-2022 22:09:09 | Tushy | 12-27-2020 | 01-05-2021 | PA0002269957 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 2D43FB4117839D01871E0A30D160C3D41747A968<br>File Hash:<br>5F75F72036CBDC0BFCB5B1E0665956235A976A5008D35467EB52430E26EE394B | 12-12-2022 22:56:04 | Tushy | 02-27-2022 | 03-29-2022 | PA0002342706 |
| 37 | Info Hash: 00563FE9CB22593C6DECA3778293D83854FF9CC5<br>File Hash:<br>82CBDA5390104408E104B775F00B792576D63CC3B0AD7D428577CAA647DAF745 | 12-12-2022 22:54:57 | Tushy | 12-11-2022 | 01-10-2023 | PA0002389623 |
| 38 | Info Hash: 298F45BBEB29B0A3FA8F743A3408BCEF5303DEC6<br>File Hash:<br>74F05B536CDAF4846D75F3077CFA0FA7056DAC70F3A8576917FEC3666A94A88D | 12-12-2022 22:54:28 | Tushy | 12-04-2022 | 01-10-2023 | PA0002389591 |
| 39 | Info Hash: 35E11BFEA271A297A0DAFAB51CB8D2EA557B9A1A<br>File Hash:<br>DA993A12A76904C2C23E1416F1E68466244EAE95AB90C85498E1064D51078D3B | 12-03-2022 17:08:48 | Tushy | 08-08-2021 | 09-08-2021 | PA0002316099 |
| 40 | Info Hash: F8F59BBFB6CCC36C8AECD0767AF605B6EA6904A5<br>File Hash:<br>ED76032E6856ECE426846F6319FAD4837B93C1E0B80641642D33F95A950CAC07 | 11-20-2022 01:46:09 | Tushy | 10-16-2022 | 11-27-2022 | PA0002388606 |
| 41 | Info Hash: A97DDB31C54E8B37023D38F2B41C3096B889A869<br>File Hash:<br>12708A5C1EDBB0D72728AEE5A60798F4FF20A17C611C2E34C2F4CCEA3725C655 | 11-20-2022 01:43:22 | Tushy | 11-06-2022 | 12-11-2022 | PA0002384747 |
| 42 | Info Hash: 756F29BFE47DE7DE4B0CB61F9D798F6CF8FF8629<br>File Hash:<br>586201072CD16C1616CCC478448ED549BB56DD1DB8529408DBB5A8663BB1EA27 | 11-20-2022 01:41:06 | Tushy | 10-09-2022 | 11-27-2022 | PA0002389321 |
| 43 | Info Hash: 88DD2053AC9078DC507F820E876F04C99C92167B<br>File Hash:<br>637FF242620CCF4B7108DB3B383BF7C9C3A66500A32C27436004838A5DA39B0C | 10-25-2022 22:25:17 | Tushy | 01-11-2018 | 01-24-2018 | PA0002101766 |
| 44 | Info Hash: BA5179C17A6E0ED8E5DEF1AAE751F3E371D5E253<br>File Hash:<br>C0A6ABD7BADF27DA6ED556263C1B8A58967E5A4473E7B4C7CB722C68FD862D28 | 10-23-2022 21:37:30 | Tushy | 06-15-2017 | 07-07-2017 | PA0002070815 |
| 45 | Info Hash: A56A8416D925E795AAC45D89C814C625B30110FF<br>File Hash:<br>82BFB4224ED581B7A303424B32A6AEC540F6A3715618920FDB31F1A41A4CA319 | 10-15-2022 19:57:38 | Tushy | 04-01-2019 | 05-11-2019 | PA0002173888 |
| 46 | Info Hash: 22208D989EF7AE8E48CF3AB393995AD460AF2799<br>File Hash:<br>97E80641E60528553CE136539B5C6FF99ED39E46333D8F88F73714FFE8CB7F90 | 10-15-2022 13:50:00 | Vixen | 03-05-2019 | 03-31-2019 | PA0002163982 |
| 47 | Info Hash: B6FF787D7BBD7EC0209DCE2B13FA5F5AC54192AD<br>File Hash:<br>37F040A599D5B1C792CA172202F6BA25680FACF4E098B2553560CF77A78E1B23 | 10-15-2022 13:47:20 | Vixen | 11-25-2019 | 12-09-2019 | PA0002216264 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: ACF5730FCAEA4847FB9D99F8ADB35AA29E4A38E0<br>File Hash:<br>4FE428C9173F3A71445B992CC564ACA8ECA24044AD57A78F392FD7D65A8FD98B | 10-15-2022 13:47:16 | Vixen | 04-24-2020 | 05-05-2020 | PA0002249029 |
| 49 | Info Hash: 298D15EA1B9BFF1241F3C6144ADDB45D97711D4C<br>File Hash:<br>E9C710327CBAF9CB6B13AC6392F5BB7388CC42CC5DF96845280DBAE8021CE0DD | 10-15-2022 13:47:15 | Tushy | 04-19-2020 | 05-05-2020 | PA0002249081 |
| 50 | Info Hash: 461F333739CEE3EFF6934B8B5A09120D63D71612<br>File Hash:<br>B220A0FF1CCB1FC69932EB8B30C16C73139584B5776DA4FFAB5C934AE06AC49B | 10-15-2022 13:47:04 | Vixen | 01-01-2021 | 02-02-2021 | PA0002281154 |
| 51 | Info Hash: 7BD06AA2867FB1FDB0B8588EEB1761B0FA76FC04<br>File Hash:<br>B7D71613E5C9F064D8A95C7DBBCCDC5B6AE1945331A73DB395C562BCF4BEA084 | 10-15-2022 13:46:37 | Blacked Raw | 03-22-2021 | 04-14-2021 | PA0002286722 |
| 52 | Info Hash: ADA181C87B7E79B57833E0FA2D22DB9BDE0B4714<br>File Hash:<br>7C59548ECF431D77C823751A5BF3399DFC2573E93416A7ED2A95E7A9B7D627C8 | 10-15-2022 13:46:36 | Blacked | 04-11-2020 | 04-22-2020 | PA0002237696 |
| 53 | Info Hash: D6E0A40D7E916C17226EFE6BB7290F89845DA1AD<br>File Hash:<br>2D65FAB3ECF540837E4442CCF67DBD19262CBC25898523B6ABC46F2B681AA87F | 10-15-2022 13:46:27 | Blacked | 08-15-2020 | 09-05-2020 | PA0002255476 |
| 54 | Info Hash: E9C4DE1739D578D51FC5B18D2E150BB4883D3EA2<br>File Hash:<br>72AFD88113D049E0EAF18D1AE167A60C2D2B40D36DA409D63BAF60140606B97D | 10-15-2022 13:46:22 | Blacked Raw | 11-09-2020 | 12-09-2020 | PA0002274940 |
| 55 | Info Hash: 8C873DC5717F62DCD9421D86076D8814A0867539<br>File Hash:<br>2147EC046F6BA11475C8201BF1DD539D0791E18FE9C4C4FD92A50CECD8ADECDB | 10-12-2022 17:58:04 | Tushy | 02-10-2018 | 02-20-2018 | PA0002104201 |
| 56 | Info Hash: 88949218CCC25D066E951E72FE5C7C0BBAF9279B<br>File Hash:<br>22FB28F9A83D48EFF7A3AD2618BC84C785FB2C6D44EEF2E06F58865F201B6FC4 | 10-09-2022 19:05:35 | Blacked | 06-27-2020 | 07-17-2020 | PA0002248593 |
| 57 | Info Hash: 381EF54BFD24B1F826E585D2410C3C4BA3768565<br>File Hash:<br>A3DF8C921FB6A10C3FB6324B17383D1C711F4D7A024F3A50CAE1367F126CDAE0 | 10-08-2022 03:11:49 | Blacked | 01-23-2021 | 02-09-2021 | PA0002276146 |
| 58 | Info Hash: DBBD57802F79E1E26BADC38C3C108503D6BFA3CC<br>File Hash:<br>02F32E0DC94C9DA27314811BFA28BBFAC276777DB62931A176071D2A9F5D3A26 | 10-08-2022 03:09:31 | Tushy | 12-20-2020 | 01-05-2021 | PA0002269960 |
| 59 | Info Hash: 473F6E9CC5ECDD1DA5FAB30EE741E8CA2704EFEB<br>File Hash:<br>8A794FC80E5A08C01DE219646A096EC44C1F37C2C1E536FF1D71CB117602B843 | 10-07-2022 21:45:51 | Tushy | 10-18-2020 | 11-05-2020 | PA0002263388 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: 6EDC67B1A02CB81BAE3512D218A1AC79A01FB7BB<br>File Hash:<br>C3DD831A27A360C37C7C38D8B3241F5E6C84AE3E0176C61B64ED1112B9CDAB56 | 10-07-2022 21:41:34 | Tushy | 05-26-2018 | 07-14-2018 | PA0002128078 |
| 61 | Info Hash: F2611B3D7BDA15BD6F6DA09A515B512F2FC41204<br>File Hash:<br>FA9626C3FF35EA3D982D83F0C35D543E16C9B9E83D80B317A4DFC61874A593CE | 10-07-2022 21:39:53 | Tushy | 05-16-2018 | 06-19-2018 | PA0002126446 |
| 62 | Info Hash: F73581885C967F394A013852DBB71F1F40948F12<br>File Hash:<br>FC664ED42DAF2DE480DAD8923B99DDB69ECDA7961EE947CDE23E0EDC83578019 | 10-07-2022 21:39:39 | Tushy | 12-20-2018 | 01-22-2019 | PA0002147682 |
| 63 | Info Hash: B35A158C3C28F5DBBC843CF68DC0A95F2B2552E8<br>File Hash:<br>2903EAF75AAF09BAF20572946F1ADDB8267AB94DDA82D1DC4D43AFAF307FCBF1 | 10-07-2022 21:39:34 | Tushy | 11-02-2018 | 12-10-2018 | PA0002145834 |
| 64 | Info Hash: 2ED61BA8F0C7F2BF581667997394F2C4A423E9EC<br>File Hash:<br>A7252058642FA203CD6FCCA47696469B09E9B4C475B20CA2009D7E07A2FE9918 | 10-07-2022 21:39:29 | Tushy | 08-19-2021 | 10-05-2021 | PA0002315293 |
| 65 | Info Hash: 42920509D6F4FE3676865E34D5507154D6A0F712<br>File Hash:<br>6E078AE96BC972618AF93C7EDFBBC229364F6220253A577C2753112DD8EC7B02 | 10-04-2022 20:40:46 | Tushy | 08-21-2022 | 08-29-2022 | PA0002367745 |
| 66 | Info Hash: 4152ED89B504AC5B70FC3BBE20B84DF97888EAD2<br>File Hash:<br>E4EC555A53B2FE6E81538CF8742AF2316E8CAC0A48DA4E65E87E436B698C219E | 10-04-2022 20:37:18 | Tushy | 09-11-2022 | 10-05-2022 | PA0002373765 |
| 67 | Info Hash: 735819ADA24E184D8BDBA72736218DB712B594B0<br>File Hash:<br>120692D63A55EFA9702C09891046468B18482696639B3F0C823F1C4E6239A9E7 | 10-04-2022 20:36:47 | Tushy | 09-25-2022 | 10-05-2022 | PA0002373771 |
| 68 | Info Hash: 426FD4E37D840A1BF92F1C7483CFCF6DB05B2159<br>File Hash:<br>A1D0ECE2990179A7C767537A605A80F1091AE622E4A8237D1F1ABADDFD22C71F | 10-04-2022 20:35:18 | Tushy | 09-04-2022 | 11-27-2022 | PA0002388059 |
| 69 | Info Hash: BA6492D3D5D509030F0EBFF41193B69B30B3BA16<br>File Hash:<br>D99BCC874628A39A417E0ACB1723D4D2FF590E78260DD42B30A6DCAA84FC749A | 09-23-2022 02:03:37 | Tushy | 03-17-2018 | 04-17-2018 | PA0002116750 |
| 70 | Info Hash: E5E876BF404F03142C4871425B1B27CCC16FFAFA<br>File Hash:<br>22A32EDBDC24E71C7F1A8893F30A4DC26736EAFE77222B8CA47AEEA77417A66E | 09-22-2022 23:01:23 | Tushy | 09-23-2018 | 11-01-2018 | PA0002143415 |
| 71 | Info Hash: 4A1422EABBAB1159411F57E78E7DC023B5058751<br>File Hash:<br>A2B3860BA87B90F89F9D496D611E74833F5EA9730634681D4D7916AC4A9E18F0 | 09-22-2022 23:01:21 | Tushy | 09-13-2018 | 11-01-2018 | PA0002143414 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: AEE69E43510F9688B61043C460E783EB361ADC23<br>File Hash:<br>9D5175F3AE4721B020AA78362E64E7C715E9880ED0EFF8FE934C08FB5FA0020E | 09-22-2022 23:01:16 | Tushy | 07-30-2018 | 09-01-2018 | PA0002119590 |
| 73 | Info Hash: B365D519D7DAD3EA582CD402AE71A3515D39B685<br>File Hash:<br>E46129DFDE28A05D94BCBD9DB662789D71D4BA18901D9E3D019491F8EE4A180D | 09-22-2022 23:01:12 | Tushy | 09-18-2022 | 10-05-2022 | PA0002373759 |
| 74 | Info Hash: 5976D434540AF5984B7A9E6DB450BE81297FB6D2<br>File Hash:<br>F2754D0556ADFD4657ED58465770746C335A3D4A81D74B167E46A7263B3384CF | 09-22-2022 23:00:56 | Tushy | 12-27-2018 | 01-22-2019 | PA0002147899 |
| 75 | Info Hash: E4C7360585E2E30559229B4F156833E9B56D4C6F<br>File Hash:<br>5F857851C660867D33B0D02FDEF23CD219F67F30109E59867DEAC3838B45F530 | 09-22-2022 23:00:51 | Tushy | 08-14-2018 | 09-01-2018 | PA0002119587 |
| 76 | Info Hash: D4F8703EE4117092CEA96540108B442B7B239DF7<br>File Hash:<br>A811743245FAB1DD1952A26808153F326EF46109E067E7D6093F7DD19BE4350D | 09-05-2022 15:41:59 | Tushy | 08-28-2022 | 11-01-2022 | PA0002378076 |
| 77 | Info Hash: 32F351A50923665FACEBB3E808A0821459057EA6<br>File Hash:<br>7C5E1FA693189E87B4D09622783041209AF7D31343BEA71ED99BA4BE39FF1CE8 | 08-27-2022 20:48:20 | Tushy | 11-22-2019 | 12-03-2019 | PA0002232052 |
| 78 | Info Hash: 4CFCD4A417821FCFCD79A36FA4B8E445497B61BB<br>File Hash:<br>321968D700111022299000B4A423C842F1148E917FE15681BEBABE12F54EB66E | 08-27-2022 20:48:20 | Tushy | 03-22-2019 | 04-08-2019 | PA0002164887 |
| 79 | Info Hash: 15A9AD59EBBC05EA27DB08074626F90CF4DA2415<br>File Hash:<br>B5B846179CAFB2E32AC1797AF07E0EF8D91F574F619F0205AC42956435A1115F | 08-27-2022 20:48:14 | Tushy | 11-17-2017 | 01-04-2018 | PA0002069336 |
| 80 | Info Hash: 9467A61011D4831D74B6EC4EC8C9582E01F53BC8<br>File Hash:<br>CA022D906545C862D4847E71792D61257C0AF53124623967F3E116A9897237CE | 08-27-2022 17:46:05 | Tushy | 09-08-2017 | 09-15-2017 | PA0002052841 |
| 81 | Info Hash: 9DAD376DBC4A7D3F191165C957EE98D96C20C32A<br>File Hash:<br>C7540B404E559026A4E10201DC2F09C0B84634A613EBF5D82C700CA57B14E779 | 08-23-2022 21:01:36 | Tushy | 10-18-2018 | 11-25-2018 | PA0002136724 |
| 82 | Info Hash: E1B80F581915999B3A24B0EEFA75BAFF88FFF544<br>File Hash:<br>25F81FBD914DF56B0E203ECEE4B13BEB89B86F2C453A4540CA4D439E245A61DF | 08-22-2022 16:35:41 | Tushy | 06-20-2019 | 08-27-2019 | PA0002213262 |
| 83 | Info Hash: F438A6F7EED3391D7200F4C9CE8503BDAE1DA1B0<br>File Hash:<br>27CCB296A67AD3C6AEDF98473D2B2B1F802D012C8184E21C9ACEC74C7856C514 | 08-22-2022 16:34:40 | Tushy | 06-30-2019 | 07-17-2019 | PA0002188300 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 84 | Info Hash: 9F5DC79A096FE8F502B4D627C88634B680347EC2<br>File Hash: 194122F30878BC6B5FFAFDFA31581F7D16D91321B176F3AD523E61DC7F209F37 | 08-22-2022 16:34:27 | Tushy | 11-07-2018 | 11-25-2018 | PA0002136607 |
| 85 | Info Hash: D089BB27F113F62989CF44E391964D843D0EF73B<br>File Hash: BD18488593BB6E1E29C9E8A1CDF74F9B9161EB9A362C4DA2FF703ABA9477DE59 | 08-22-2022 16:34:21 | Tushy | 10-13-2018 | 11-01-2018 | PA0002143435 |
| 86 | Info Hash: 7A0772124C84873EE7B7C2ADFC1548B643B96601<br>File Hash: F4CBC858A80A7A821AB482DE200AE7AC53C8DBFFE6C9293598BF5D88788641AD | 08-22-2022 16:34:09 | Tushy | 08-04-2018 | 09-01-2018 | PA0002119573 |
| 87 | Info Hash: BDF82178BBE38FCF4A50D74C67C73973CD69EF23<br>File Hash: 7F22DA1D6DA60BB321C084139E1FCFBFFAB5217515194D1BC4FC52AC899D3620 | 08-22-2022 16:33:58 | Tushy | 08-16-2020 | 08-18-2020 | PA0002253098 |
| 88 | Info Hash: 8AF057A71B16809ABB2373C92E2E7B42AA5699EB<br>File Hash: C0181F36C3013FF1D765B265F84D3A0BA0EA45D50138FB714BB392BF125730AF | 08-22-2022 16:33:28 | Tushy | 05-31-2019 | 06-17-2019 | PA0002181300 |
| 89 | Info Hash: F8CE7B4116ED085D593978C83C10B4950752E198<br>File Hash: 43655DED8A2DBA9B6468D7934BDFBDAD397670213EF972D36FDCE547A84FDA35 | 08-22-2022 16:33:25 | Tushy | 08-29-2019 | 09-17-2019 | PA0002216128 |
| 90 | Info Hash: E2CB3C730B38F984CEE04829406D22123674EEAD<br>File Hash: CFB36C275EB554752D39E09ED415A9373DFC6293705247CD57AFF4B2ED3A343F | 08-22-2022 16:33:24 | Tushy | 02-20-2018 | 03-01-2018 | PA0002079187 |
| 91 | Info Hash: E80327AE9469BCEC32A4EA5FB7506FF53776AC8B<br>File Hash: DB2D771BC2B20C861D401F845DA5D859D7EFC16987D70246750EDBE3B72A65CB | 08-22-2022 16:33:24 | Tushy | 09-18-2017 | 10-09-2017 | PA0002086139 |
| 92 | Info Hash: 777088FD9D97AC7C49A2CC0CDBB6EAC8C0C7FC84<br>File Hash: 37C1FD42C5D8BACA7529DB15C5A4BD4A5FC8EF656DA2416EBC9252137881C26E | 08-22-2022 16:33:16 | Tushy | 01-11-2020 | 02-03-2020 | PA0002236483 |
| 93 | Info Hash: 11560559EDE226EA07A68C3E64FFB889D692997C<br>File Hash: C547ECCEA7144EA4BD261A5471FC8AC1325EE83C7B7983ECF3DB0E6E51041EB4 | 08-22-2022 16:33:16 | Tushy | 04-06-2018 | 06-19-2018 | PA0002126674 |
| 94 | Info Hash: F8CAD854E7DC19B53E674840B5554C76AD455AFB<br>File Hash: 8EA7842640D74C90BAC1D369A2072A6125C869D9F4C82073D1032E9BE86A8A6B | 08-22-2022 05:25:29 | Tushy | 08-14-2022 | 08-30-2022 | PA0002367744 |
| 95 | Info Hash: C9B43CE41BA479C1CD8E51416831AEBEA00AB98D<br>File Hash: 8A9876BAA41D925584588A5F69C68353F867993B742D8614D1FEA2400139C1DF | 08-16-2022 03:04:06 | Tushy | 08-09-2019 | 09-11-2019 | PA0002199987 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 96 | Info Hash: 678DB6925612A2EF02B5B119FA3D9E8DF77572AA<br>File Hash: D59525FC3F411AF429B0A0883460036058E6E43675CA11C89579F7275FB13240 | 08-16-2022 03:03:43 | Tushy | 10-23-2019 | 11-05-2019 | PA0002227103 |
| 97 | Info Hash: 4405AA1E5251C1C7081EDA47522537E6EFB97A7F<br>File Hash: 56286C375A29DAD6579BC2CCD161AA66EA43DB9752D3AE8CE40F4E7EC25B33CC | 08-09-2022 16:28:53 | Tushy | 02-05-2020 | 03-15-2020 | PA0002240545 |
| 98 | Info Hash: 8E3B21D5751F7588D7F8C87CEF062E431D0048F7<br>File Hash: 215A64D03E68A3554C9F255408626669037C799B6EDDEB625F222B14D4D20B52 | 08-09-2022 00:58:01 | Vixen | 06-05-2020 | 06-22-2020 | PA0002245631 |
| 99 | Info Hash: 11575B869DE3A034D920FFDFADEB055C540A076F<br>File Hash: 9769506A26BB7AB24ADA6E8FF52442E3358BCEA9CC9F82DD85B901079B2C4AC6 | 08-09-2022 00:56:56 | Blacked Raw | 05-04-2020 | 05-19-2020 | PA0002241475 |
| 100 | Info Hash: CCF640BE0F22EDFFA9A663CAF10C58DAFF0F7291<br>File Hash: 302D8E587237A608442ABBB835E6496B29280BD0D18E9997F623E4F4E6FF138C | 08-09-2022 00:56:47 | Blacked | 09-25-2021 | 10-05-2021 | PA0002315288 |
| 101 | Info Hash: 8B2548496AD120D1FD096380F223C0C37D42B2B1<br>File Hash: 15378B1ED6FF670EAA1B7274A3B267545E367F430B33CC0B0AAD9F32DA30C7A7 | 08-09-2022 00:56:43 | Blacked Raw | 01-17-2019 | 02-22-2019 | PA0002155141 |
| 102 | Info Hash: E1F5A11A84063F8412BC8E866814F7D0DE2897D0<br>File Hash: 2DFABAD5D3586DB3460C66F6E7C9851FD44F998EB6EF1FEDEE8AC9C584277B80 | 08-08-2022 21:51:41 | Tushy | 01-21-2018 | 02-20-2018 | PA0002104191 |
| 103 | Info Hash: C36F481B941E052290338B3451E38BE11009F5A6<br>File Hash: CFFCB8C785A5B4133D3CA2A4615D3FFCB268FD19334999A1D8ED643022A555D9 | 08-08-2022 21:51:15 | Tushy | 11-17-2018 | 12-10-2018 | PA0002145827 |
| 104 | Info Hash: 5E0E7530E89C801BB76472D62743036574BF78F5<br>File Hash: AEC8B380BCBF8439DBC1021B16045307DFC2928984CAAEE76CC150BCBD5A771D | 08-08-2022 21:50:50 | Tushy | 03-11-2020 | 04-15-2020 | PA0002244960 |
| 105 | Info Hash: 93FA376B2CEBE61A2C29FBEC34D10AB606001FBF<br>File Hash: 47909136F4416083FA5AD3E2551BA9EA64BD2EC9305A9459DC278D8B728D1C67 | 08-08-2022 21:50:29 | Tushy | 06-30-2017 | 07-07-2017 | PA0002070818 |
| 106 | Info Hash: 82B0B0284BE48A50938D3020E7906D506DD3379A<br>File Hash: 9DB0F36A63DCFD9AE363B6DF1B4CFEC612FBE8AC7D9A1898965D90694B40EF28 | 08-08-2022 21:50:04 | Tushy | 05-21-2018 | 07-14-2018 | PA0002131769 |
| 107 | Info Hash: 1917C512DE6E36C7C32CBFEB0B757FE5952ACB61<br>File Hash: 996C4A9793F80E4DA1C157A8755DA5C9877E68B8F1F8C2BD8EC8B8133C634231 | 08-08-2022 21:49:57 | Tushy | 11-15-2020 | 12-09-2020 | PA0002274948 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 108 | Info Hash: 1F9B47EAF9CB8170487BC4E9523C134710872A65<br>File Hash:<br>3BC57D98E776550D0FE75FCEFE9C44CF4A031B05077B4B80B18EDD8BD28BE546 | 08-08-2022 21:49:47 | Tushy | 05-01-2017 | 06-15-2017 | PA0002037577 |
| 109 | Info Hash: ACEF4DB489EC9EC398D9F3B4CBD97FD99EF8F24A<br>File Hash:<br>FE1902B9F905632523A413119050801BFE1418A496DDDAA4E972FCDE4AB762DE | 08-08-2022 21:49:43 | Tushy | 10-25-2020 | 11-24-2020 | PA0002265965 |
| 110 | Info Hash: 2F211F18E60D52167B5401A2BDC3A34B797B4103<br>File Hash:<br>9C3710B6FC72E962ECB319810D39F298CD6BEB6F677B5BBF31611FFA92C498B9 | 08-08-2022 21:49:41 | Tushy | 04-01-2018 | 04-17-2018 | PA0002116061 |
| 111 | Info Hash: 288E3230468D4D5ECB37B134C2B34F494EABA720<br>File Hash:<br>A516C5820CC07024C06D05AB73F97754CD89BCBF4AFB61BFBDCECDEC1970F4B5 | 08-08-2022 21:49:41 | Tushy | 07-10-2018 | 08-07-2018 | PA0002132397 |
| 112 | Info Hash: D34AC7BBEFC98228D9B0B81EE0DC3E307391FE19<br>File Hash:<br>9186FE7C5262EE2F37AEE2AC736662CC1382F073980E77808498DA3095CDAAD3 | 08-08-2022 21:49:41 | Tushy | 02-10-2020 | 03-15-2020 | PA0002240548 |
| 113 | Info Hash: 701FE06D9654E4828136DB0C4DD4A89EADEB1426<br>File Hash:<br>36C1CFEEFEFF0A95857939B5F484F745C0B5632B9B7506ECE0B844FAC253EF49 | 08-08-2022 21:49:38 | Tushy | 12-12-2019 | 01-03-2020 | PA0002219634 |
| 114 | Info Hash: AD083024A18EBDBEA43AAB8B3822993F22428747<br>File Hash:<br>400B32800D1647C84DC184950A4653C617B9FBDF8E5263ED5EE2948FC26CBDF6 | 08-08-2022 18:46:26 | Tushy | 07-20-2018 | 09-05-2018 | PA0002134598 |
| 115 | Info Hash: 017DC0E5EDF8218434B2F7F3D4A98FF4ECF25985<br>File Hash:<br>DA3F231D372FEC15F1B42ACA7C6D63D406EEC255F3DFFA8B4D7FA4E7BB485333 | 08-03-2022 06:09:57 | Tushy | 11-21-2018 | 01-22-2019 | PA0002149838 |
| 116 | Info Hash: B24CF93F1B70BB20849E2ED96396F94C1963DA29<br>File Hash:<br>E5B87C8AD53454D62CA8CD0F42BBF3DC3BA81CB246B5C6AD42767ED612A420C8 | 08-03-2022 06:09:41 | Tushy | 12-17-2018 | 02-02-2019 | PA0002155393 |
| 117 | Info Hash: 36BE1A364BF532C93727010851D612AFD830D055<br>File Hash:<br>4442AA5A948CBBEAC93F362F9B396052DD091CAAB7E6F2AA9F92D6A284DDD384 | 08-03-2022 06:09:39 | Tushy | 04-03-2022 | 04-21-2022 | PA0002353478 |
| 118 | Info Hash: AA9FA66928BC03ABEF9C8C22D9701CB9304A1DF1<br>File Hash:<br>9F6204B6AC3F2312E4CE62EF0260ADE963D0CCADF728542999A5B78213895530 | 08-03-2022 06:09:18 | Tushy | 06-07-2020 | 06-25-2020 | PA0002255506 |
| 119 | Info Hash: B542EE4826A3A5E2CC14B01C49D6FB019F6334DF<br>File Hash:<br>E8910A0E3B43A865B820EBDA5C0FC3AE976C22BD4D23E1A9E0B8532986763E0C | 08-03-2022 06:09:17 | Tushy | 12-02-2018 | 12-18-2018 | PA0002141917 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 120 | Info Hash: 502A4328F01635F003ABC25667CD56E0ACEF67F8<br>File Hash: A0A1C40524F7CB983DE9B9F87BB347EA335D6BFB55C8DAE91B2CC62F7CDD9634 | 08-03-2022 06:09:02 | Tushy | 09-28-2019 | 10-21-2019 | PA0002207776 |
| 121 | Info Hash: FC2051300F7BC5F36EC201CAF598CDFCA97F843E<br>File Hash: 20F39E0E6DF2FA9B7F6F6CF4B9E9B5EB716A444FA8374638D889EF27B1313222 | 08-03-2022 06:08:58 | Tushy | 06-15-2018 | 07-14-2018 | PA0002128159 |
| 122 | Info Hash: AF90186CE8BE21B5766F5C4D9589016575E11BB9<br>File Hash: 02F82861B3C8003DA359F7E064D0E70DBB7D1D4B62CA790FBB284F677475B91C | 08-03-2022 06:08:53 | Tushy | 05-11-2018 | 05-24-2018 | PA0002101379 |
| 123 | Info Hash: 33DDA587EC258591189CE48FCE10BA519B0867B6<br>File Hash: 2182F0709E27B0DCC2C6B83E5DF24488FF6E37A78AE21453E2D43DE9A823B6F3 | 08-03-2022 06:08:50 | Tushy | 08-24-2018 | 11-01-2018 | PA0002143429 |
| 124 | Info Hash: 664EE12160D3921C7DE95C16999DE82E95FA7741<br>File Hash: 5BC50C41E3D54DE71FF18DC908699C01E6CA90AF06A08C4C1FA916F90A6DAE6D | 08-03-2022 06:08:49 | Tushy | 01-31-2018 | 02-20-2018 | PA0002104182 |
| 125 | Info Hash: 6BA60D4D83B3F11F94BB508EF9AE281ACD35AE34<br>File Hash: A0A915C3C3204DB34AB91A6E7E8EC17709891AD8C7238729C69B0864500944CA | 08-03-2022 06:08:43 | Tushy | 06-21-2020 | 08-03-2020 | PA0002259102 |
| 126 | Info Hash: B96BCDF4558FFA95A926B8F0957D4832CB123808<br>File Hash: C358AB3FFACF26D8E4A32B5DB6946845E742B47D7CB8E99262F2633056E9268C | 08-03-2022 06:08:39 | Tushy | 07-25-2018 | 09-05-2018 | PA0002134601 |
| 127 | Info Hash: BE318A510609E371AF062CD4CEB3E6198F31C8A3<br>File Hash: 45292AD53706660A93F8FB62ED87F74514550F5E1D93A341265A131E2ABDAE47 | 08-03-2022 06:08:29 | Tushy | 12-17-2017 | 01-24-2018 | PA0002101765 |
| 128 | Info Hash: 6F381DE756DA1DE290C0E437F44B7FF8EB076531<br>File Hash: 654F0D020E8D6E40EE394C82B97DF46D151AB08490C8963B6B9E2C626EB79B7A | 08-03-2022 06:08:24 | Tushy | 12-26-2021 | 02-03-2022 | PA0002341847 |
| 129 | Info Hash: 254194305771A2DEF077890F3799E6254D15C237<br>File Hash: 3841AF0E91960315C6C622578A0AD2BAAA50A2203C1883D06D262F7651BE460B | 08-03-2022 06:08:24 | Tushy | 09-13-2019 | 10-07-2019 | PA0002205470 |
| 130 | Info Hash: 710B65149B6003DEB4C088447741D46DFE159FAE<br>File Hash: 89A777633FD6B2E6877491E21013997B1FBC065164D73B8E44F1E58EFF3A19A6 | 08-03-2022 06:08:21 | Tushy | 04-25-2021 | 06-09-2021 | PA0002295582 |
| 131 | Info Hash: 486920FE1AB50285E6324B3CC57DAE6D4782B41F<br>File Hash: 48E92FBFA737DAA39DCD841022BD1E414F3BAB14CE84C0A78666C256EAAB8119 | 08-03-2022 06:08:21 | Tushy | 10-03-2018 | 11-01-2018 | PA0002143432 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 132 | Info Hash: F17FA9345DA758999CEA012A858AB2560CB757CC<br>File Hash:<br>579567EF50A662D30E811F7AE5CF33DC5E47739CD03292B0CA43764391A86C39 | 08-03-2022 06:08:19 | Tushy | 02-06-2022 | 02-14-2022 | PA0002335460 |
| 133 | Info Hash: 3F40997A82FC53071C59042199619597941A3D23<br>File Hash:<br>0FF21374EA64088EC6E843C5416093539BCE2F595EDF5FBF4598613F23F3FD7E | 08-03-2022 06:08:05 | Tushy | 06-05-2019 | 07-17-2019 | PA0002188310 |
| 134 | Info Hash: 6853D68665EAC2D439946526E3F7D00F62F0F5E7<br>File Hash:<br>6D7DF643E57AB61343E655DB17F3580190A93975EEB2E581951E0B0531734DEE | 08-03-2022 06:08:03 | Tushy | 11-27-2018 | 01-22-2019 | PA0002149851 |
| 135 | Info Hash: CDF006D475B6DF74BBC6CF9584B02EDF1453528F<br>File Hash:<br>423C6F59683B5B385316B5C31B5BBC5EC95E8D2713928DC5A35F74FDFCF6D103 | 08-03-2022 06:08:01 | Tushy | 03-02-2018 | 04-17-2018 | PA0002116728 |
| 136 | Info Hash: B3795B088E8B76B4F3BA2C5F3FFB8FD72EBBD836<br>File Hash:<br>AC6C0CA5742C8E0031BD28CD42977AB725338C89B19148E00400BB25477661C1 | 08-03-2022 06:08:01 | Tushy | 12-27-2019 | 01-22-2020 | PA0002234861 |
| 137 | Info Hash: 4B6F7F45A8692DF06FACA9BAC618F623F6C21E68<br>File Hash:<br>00682071DAEB5CE10C349DA50EEECEFFD395A3FED25E4FAB50E9A15851828228 | 08-03-2022 06:07:58 | Tushy | 03-16-2020 | 04-15-2020 | PA0002244959 |
| 138 | Info Hash: A1E4A3FD84E11201F72A64420E8793ABFEBB06A6<br>File Hash:<br>71468FF16A3F72F3A4F7EDBF7E8F3757B31793019D1D5DEB5AF63EB439CEDBEC | 08-03-2022 06:07:55 | Tushy | 01-31-2019 | 02-22-2019 | PA0002155140 |
| 139 | Info Hash: D54652B4A2E25005F6478DB8476A539DC68BF993<br>File Hash:<br>AE8B8A669DAC889C767DF60395983ECE690C4A433CE7B3A7BB3C84B43A69C2F4 | 08-03-2022 06:07:52 | Tushy | 10-28-2018 | 12-10-2018 | PA0002145831 |
| 140 | Info Hash: 9B645986ADEE685FB7741461FB2C10C8B081F060<br>File Hash:<br>342B0030C0F755D574EB5B0F0A70360C6965325FED7D1031433B9B7125A46668 | 08-03-2022 03:05:34 | Tushy | 08-15-2021 | 08-23-2021 | PA0002308401 |
| 141 | Info Hash: 197840F09299F79DDB3203CCABCE89F0A6E49FDC<br>File Hash:<br>A625A749F758CDBE96A20B6AE84D98ACA43CB6F22700B8A55BF913D6B247FAE2 | 08-03-2022 03:05:22 | Tushy | 03-06-2022 | 03-29-2022 | PA0002342854 |
| 142 | Info Hash: 22F64C34048F6C532A3151D95A82FCDB8E19203E<br>File Hash:<br>AD346A8CD6EF858B1E9B78B90620A5398A58CFA3EA6686949B09F71D08D1FAD3 | 08-02-2022 01:49:56 | Tushy | 07-24-2022 | 08-29-2022 | PA0002367746 |
| 143 | Info Hash: 6942A5220DC175635FC94A553E5676E088AA769D<br>File Hash:<br>14FF77C2AEEE446A49F628FCBD4EB37258BF725978474C6E9DD39BE2C9551FCB | 08-02-2022 01:47:20 | Tushy | 11-17-2019 | 11-27-2019 | PA0002213996 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 144 | Info Hash: FE1330395B6CB1E7D7523CA1068F41219FFC9270<br>File Hash:<br>5AAFF4EF145AA9F5F83CFA07F345F3EAC2F7C14222F0059B85E58381C1F77F66 | 08-02-2022 01:47:01 | Tushy | 04-12-2020 | 04-22-2020 | PA0002237697 |
| 145 | Info Hash: F4C3503ABE5315155B4A64427362A51FD395A73C<br>File Hash:<br>A70518FCE6A19B5B182D848D273D737599A267D70202671CCCC83C70A5044DEE | 08-02-2022 01:46:39 | Tushy | 11-07-2021 | 11-11-2021 | PA0002321317 |
| 146 | Info Hash: 12FC41C73CB24390AAA5B3436F01DF848483080F<br>File Hash:<br>B3B9A117E40AE5D57390D7DA55B754AF5A744D0F54810A2233131355E94023B5 | 08-02-2022 01:46:12 | Tushy | 09-08-2019 | 10-01-2019 | PA0002217338 |
| 147 | Info Hash: 9484E63C729B5E6DEAA1B2A31E98075B16D914A4<br>File Hash:<br>7378EBD3719E21C39E6A186B686DAB035587EBA3566D98DBDAF723BD309BF17C | 08-02-2022 01:45:58 | Tushy | 07-17-2022 | 07-22-2022 | PA0002359476 |
| 148 | Info Hash: 78AB1CBD4BB4E343A05DE33981FCB5D64DCD98D8<br>File Hash:<br>B185B3C211A599CC285A564D073583541F46959AF577BB9DFDC4399CABEA294F | 07-25-2022 21:29:39 | Tushy | 02-13-2022 | 03-29-2022 | PA0002342838 |
| 149 | Info Hash: 507F61DFB1ECCFBAE7E4677F1C5F12F36E3D128E<br>File Hash:<br>59A617F10AF6D59E0168141DECCF5D5880A3742CE582F5592DC090EDF86FB898 | 07-25-2022 21:29:29 | Tushy | 10-18-2017 | 11-30-2017 | PA0002098004 |
| 150 | Info Hash: 01803C654FBB1DB6CA3F00CDB3615E0B0BD30FA1<br>File Hash:<br>9182DD74ABAB5F9F44A9614052475D20C2BAAFD674D02AAFA52C30BDF2D09040 | 07-19-2022 22:23:13 | Tushy | 07-30-2017 | 08-11-2017 | PA0002075051 |
| 151 | Info Hash: F60B075FBE6DA893072AF47991C33F7E8E6E5FA3<br>File Hash:<br>37445E16E637B3DFE031FD479E4B89D3369324A86DA38EA36A45AF8688DA51B4 | 07-17-2022 20:28:43 | Tushy | 09-18-2019 | 10-01-2019 | PA0002217340 |
| 152 | Info Hash: 0FA6FA3863122B99CC1BD475E7AA3A9F373C89D6<br>File Hash:<br>61088498D96414C3DF7BC25158A68BFE6CF9548892E6BA7B78691F5B7302AC4B | 07-17-2022 17:22:14 | Tushy | 05-01-2018 | 06-19-2018 | PA0002126640 |
| 153 | Info Hash: E8D56D4CCB88107B10EA6781DBB1AF91AF1A624C<br>File Hash:<br>19660F9681BD3DA67AE2BB43BC6251A26C104A1535E242338DB6C0F795AF1E7C | 07-17-2022 01:40:54 | Tushy | 01-26-2020 | 02-20-2020 | PA0002237626 |
| 154 | Info Hash: 97BB06A5FAE902A8493E12B8BD16CC02E8097CD2<br>File Hash:<br>B7DDBD032732E32A3E0F430C80D430476C336107C9BC2E7E39BF104EAACA6E6B | 07-17-2022 01:39:48 | Tushy | 07-05-2020 | 07-20-2020 | PA0002248967 |
| 155 | Info Hash: C9D6483CAD82752A04D426E89FCCD7BD73E58DBA<br>File Hash:<br>2BC4AA80EEE7827C1CFE98090CA8C36BD2B5DED3D26FA201E95FE1928DAE56E2 | 07-17-2022 01:39:30 | Tushy | 10-03-2021 | 11-01-2021 | PA0002326410 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 156 | Info Hash: 72AB5D111570FE8ACF0B01B57B6113F14C350BE1<br>File Hash: 7AA6FFE1965EFE96A343FB510C87FFC969DCA38EB59776332BFA1BB9674B4D82 | 07-15-2022 02:29:28 | Tushy | 10-24-2021 | 11-11-2021 | PA0002321315 |
| 157 | Info Hash: 1D6971FF8508A7168FE4DF7C6FF43201B2A66DD8<br>File Hash: B95EE1824A006C2FAE6AADAFA6308956F6CBA51B12006BE4A3B8D202D65BAE0A | 07-15-2022 02:25:57 | Tushy | 05-17-2020 | 06-16-2020 | PA0002253264 |
| 158 | Info Hash: F4A97918835DD58FE77C6616EE92FF2840C5596A<br>File Hash: B89E9FB1DFA96D2D99CA79899F4D1E4DE93F49A3D29058DF1A2760B109555666 | 07-14-2022 15:16:08 | Tushy | 09-05-2021 | 09-21-2021 | PA0002312671 |
| 159 | Info Hash: 5A59531B02D99875E2ECB6CD3A984AF141B03494<br>File Hash: 2B69C5DDBDB938EB6C9C4DC7B6F93B354CB28EA3AE3B84B58818D50FA11D7FDF | 07-14-2022 14:52:31 | Tushy | 08-29-2021 | 09-21-2021 | PA0002312672 |
| 160 | Info Hash: 0F5704CFE7DB49BFE13BD39F9D72396349E99801<br>File Hash: F6A1FA2D5F11650489E36374B8A5114AF533B5592FCB50892EFD035D439351E7 | 07-14-2022 14:51:03 | Tushy | 01-03-2021 | 02-02-2021 | PA0002280504 |
| 161 | Info Hash: 7F9073CA06097DA7D232E77DD05EF4988A91312B<br>File Hash: 07474B7BD6BBA056FCA31DE6898C16B41654697B82865EEC9831927992159987 | 07-14-2022 14:51:01 | Tushy | 03-28-2021 | 04-27-2021 | PA0002288947 |
| 162 | Info Hash: E4E73AED989807C7765BE7C156F4C3233AEF1385<br>File Hash: BA0C23EC21B6A31762D5E247BFA076D02119DB85DB12C584BBE3B845BE051E07 | 07-14-2022 14:50:59 | Tushy | 08-23-2020 | 09-05-2020 | PA0002255481 |
| 163 | Info Hash: E77E7917B5F3C73AD9E3925EBF133C8A7B3F49C4<br>File Hash: A6CD82E7EA47C9102414E1769267CCCC740102FAF27221768FA1702B8E41FF3D | 07-14-2022 14:50:58 | Tushy | 10-17-2021 | 11-11-2021 | PA0002321294 |
| 164 | Info Hash: 93E2A5FE65E5A1C6FD78BEFFAE920CD4F7701877<br>File Hash: B01737AC50BC1B2716C06392CC8B6FE62736C8FF622FFA0F3C04D601409B6668 | 07-14-2022 14:50:57 | Tushy | 07-18-2021 | 08-02-2021 | PA0002305087 |
| 165 | Info Hash: FD865E2B8D5F117ED83F3FD07113371F03C62A0B<br>File Hash: E543D3637AE76F35F80302CD0B33D5CCC4ED8D94C159A539329B629B1FC2350E | 07-14-2022 14:50:48 | Tushy | 09-20-2020 | 09-29-2020 | PA0002258683 |
| 166 | Info Hash: B3C0FDF6D0FEF30F71549E1399500D6A932FAD19<br>File Hash: F25027B6FF0C778172A1070478CD96421152D6B461643F984130226FC0ED6185 | 07-14-2022 14:50:47 | Tushy | 02-21-2021 | 03-08-2021 | PA0002280370 |
| 167 | Info Hash: 419705ABACCB5386FA5857670D7125BC2C4130A6<br>File Hash: 0A81A774C775E264BA4E63AB696996368FCE6466077561A59563FB282B0D313D | 07-14-2022 00:54:59 | Tushy | 05-22-2022 | 06-27-2022 | PA0002355029 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 168 | Info Hash: 1D9E0D20C47DC94E048685E7332B03C86D2F3E32<br>File Hash:<br>614FEC163AE5BF89B7F2D58AC3272E4B5D2D12D35DDFDAEF2EDADAB8A19EC880 | 07-14-2022 00:54:07 | Tushy | 06-05-2022 | 06-27-2022 | PA0002355037 |
| 169 | Info Hash: 70F85629A995E2934F66A91B25DFEB54DB07C4FE<br>File Hash:<br>EBA7009E2D6678911F0EC7BC4896E6707202F6BFAB30CD1F81B996E1D1E98058 | 07-14-2022 00:52:53 | Tushy | 05-08-2022 | 05-20-2022 | PA0002350382 |
| 170 | Info Hash: 205D1D95F5FD31353DBA3F6B84EFC98A1E06229A<br>File Hash:<br>B82E691D36F6B6B1F653C9265AB0C04FCB4B6ECA8428222057DA5E541C32911A | 07-14-2022 00:52:31 | Tushy | 06-19-2022 | 08-10-2022 | PA0002370907 |
| 171 | Info Hash: CB559D4FEF06F2317C82DE641FE89E45845A390C<br>File Hash:<br>71F996F76A7E4AE0DEB9678B4F9AE0C87B6656A265F7C3182E213364F65E5811 | 07-14-2022 00:51:04 | Tushy | 05-01-2022 | 05-20-2022 | PA0002350375 |
| 172 | Info Hash: 8241A5E05DAA67A4641B7DF29981030AA6A82700<br>File Hash:<br>93EAFB8429099F10B09FFD180369B3D777659862BB1168AD42A517C05ADAC959 | 07-14-2022 00:49:39 | Tushy | 06-26-2022 | 07-22-2022 | PA0002359467 |
| 173 | Info Hash: 34C8C1B694349A1DF59D9F3EFE5A333A6EC7F644<br>File Hash:<br>23FF03E8C3FB4FDE9345CDF7003D800AB523390D1F647D6CEE532772B08A913F | 07-14-2022 00:48:19 | Tushy | 06-12-2022 | 06-27-2022 | PA0002354982 |
| 174 | Info Hash: 415CB4AE74936F68AC80F8DBBFECB5F3BFDC810C<br>File Hash:<br>6CFA09064BCA3EC3B21A6AA21355BD97C3C1E1D5B28E7C2A89F5FDC21ED6787E | 07-14-2022 00:48:13 | Tushy | 05-15-2022 | 05-20-2022 | PA0002350379 |
| 175 | Info Hash: 689714F8DC47B1691B8936738C41927C15E920A7<br>File Hash:<br>41027732D6E158F29A0F485265AE99F475F214F4748B2951D584FDD0CA7BFFD1 | 07-14-2022 00:47:56 | Tushy | 07-03-2022 | 07-22-2022 | PA0002359464 |
| 176 | Info Hash: 46F84EF35ED852694DFFE90821724A9E4A0EE41F<br>File Hash:<br>386CBBD60EFD72646EF76C1C78182F896F3233202D1A00E321D1851AD9B60BA2 | 07-14-2022 00:47:50 | Tushy | 04-24-2022 | 05-20-2022 | PA0002350374 |
| 177 | Info Hash: DDF350312A2BD423AF62147F3BF6ADAED1492CC4<br>File Hash:<br>81DF4D8A07F0EFCB6F4C11869DD86F8CC7AE49E1D24E4B61843A53683C366378 | 07-14-2022 00:47:50 | Tushy | 07-10-2022 | 07-22-2022 | PA0002359469 |